**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

[redacted] 05 266ML

| | | |
|---|---|---|
| **KELLY MEENAGH,** *PLAINTIFF* | : | |
| **V.** | : | **C.A. NO: 05-** |
| **BANK OF AMERICA CORPORATION, BANC OF AMERICA LEASING & CAPITAL, LLC AND FLEET FINANCIAL CORPORATION,** *DEFENDANTS* | : | |

**COMPLAINT**

1. Plaintiff, Kelly Meenagh, is a resident and citizen of the County of Kent, State of Rhode Island and is currently an employee of defendants, Banc of America Leasing & Capital, LLC and/or Bank of America Corporation.

2. Defendant, Bank of America Corporation, is a North Carolina corporation which conducts business within the State of Rhode Island and which employs the plaintiff, Kelly Meenagh.

3. Defendant, Banc of America Leasing & Capital, LLC is a foreign limited liability company with a primary business location in San Francisco, California which is registered with the Rhode Island Office of the Secretary of State, which employs plaintiff, Kelly Meenagh and which conducts business within the State of Rhode Island.

4. Defendant, Fleet Financial Corporation is an active Rhode Island domestic business corporation which is and/or was the employer of plaintiff, Kelly Meenagh until its merger with defendant Bank of America Corporation.

5. The United States District Court for the District of Rhode Island has jurisdiction over this matter as plaintiff's complaint is brought pursuant to the Employee Retirement Income Security Act, 29 U.S.C.A. §1132.

6. On September 10, 2003 Kelly Meenagh was severely and permanently injured in a motorcycle accident which caused her to require extensive medical treatment.

7. On or about December 19, 2003, plaintiff Kelly Meenagh received notification that under her ERISA health plan, the defendants and/or their administrator, UnitedHealthcare Services asserted a subrogation interest on any potential settlement proceeds and demanded reimbursement of the medical benefits paid on behalf of Kelly Meenagh as a result of her September 10, 2003 accident. (See attached Exhibit "A").

8. On March 30, 2004, Kelly Meenagh received correspondence from United Health Care Insurance Company indicating that her group health plan was secondary to automobile coverage. (See attached Exhibit "B").

9. On May 17, 2004, pursuant to ERISA, Kelly Meenagh sent correspondence to her employers' health insurance plan administrator via U.S. Mail, Certified, Return Receipt Requested which requested an opportunity to review her medical plan documents. (See attached Exhibit "C" with the original green card indicating that the correspondence was received on May 21, 2004.)

10. On November 3, 2004, pursuant to ERISA, Kelly Meenagh sent a second correspondence to her employers' health insurance plan administrator via U.S. Mail, Certified, Return Receipt Requested which requested an

opportunity to review her medical plan documents. (See attached Exhibit "D" with the original green card indicating that the correspondence was received on November 6, 2004.)

11. Kelly Meenagh has not received a response to her May 17, 2004 request or her November 3, 2004 request despite the fact that more than thirty (30) days have passed.

WHEREFORE, plaintiff seeks an order requiring defendants to produce the requested documents and which awards plaintiff the maximum statutory penalties set forth in 29 U.S.C. §1132(c)(1), attorneys' fees, costs, interest and any other relief that this Honorable Court deems just.

Plaintiff,
By her Attorneys:

Jeffrey A. Mega, Esq. (#6441)
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
401/831-2700 (Telephone)
401/272-9752 (Facsimile)

Dated: June 15, 2005