EXHIBIT "A"

ingenix

December 19, 2003

Ingenix MN002-0220 12125 Technology Drive Eden Prairie MN 55344
Fax 952 833 7440 www.ingenix.com

**VIA FACSIMILE & U.S MAIL**

Anthony Cottone
Law Offices Of Wistow & Barylick
61 WEBOSSET STREET
PROVIDENCE, RI 02903

**RE:** **Injured Party: Kelly A Meenagh**
**Date of Injury: 09/10/2003**
**Group: FLEETBOSTON FINANCIAL #000144387**
**Our File #: 1346121**

Dear Anthony Cottone,

This letter is to formally notify you that UnitedHealthcare Services has retained Ingenix Subrogation Services to pursue a recovery for the medical benefits which have been or may be paid by them arising out of the above captioned injury.

To date, our records reflect medical benefits have been paid on behalf of Kelly A Meenagh for the treatment of injuries sustained. The amount of paid benefits may increase. Prior to settlement, please contact us to obtain the total amount of paid benefits.

The health plan is set up under the federal Employee Retirement Income Security Act of 1974 (ERISA), 88 Stat. 829, as amended, 29 U.S.C. §1001 *et seq.* and as such, it has a right to pursue other sources of payment such as insurance companies for reimbursement of the medical benefits that it has paid.

If you have already obtained a recovery from some other party in addition to the health plan, please notify us immediately. [redacted] hereby demands reimbursement of the medical benefits paid. The proceeds of your client's settlement are funds that, under the subrogation clause in the health insurance plan, must be returned to the FLEETBOSTON FINANCIAL #000144387 benefit plan. Once these funds come into your possession, the Rules of Professional Responsibility in your state may require you to hold these funds in trust until such time as our client's interest has been severed from the interest of your client. If you would like to discuss this matter, please contact me. Also, please direct all future correspondence regarding our clients' subrogation interest to my attention. Thank you for your assistance.

Sincerely,

Jeff Schiller
Subrogation Analyst
952-833-7442

*[redacted]