EXHIBIT "B"

B6-02200*01*002777-04092-A0-001-98N F
CFMB00-030915

UNITED HEALTHCARE INSURANCE COMPANY

TAMPA SERVICE CENTER
P O BOX 740800
ATLANTA GA 30374-0800
PHONE: (877) 842-3210

Fleet

DATE: 03/30/04
ID #: A 907886076
EMPLOYEE: KELLY MEENAGH
PATIENT: KELLY MEENAGH
ACCOUNT: MEEKE0005428
CLAIM ID: 907886076/EE/042037
CONTROL NUMBER: 0858757476/0000000511
PLAN NUMBER: 0A144387/JA/044
BENEFIT PLAN: FLEET D O TOWERS PERRIN

KELLY MEENAGH
4305 FLAT RIVER RD
COVENTRY RI 02816

DEAR: KELLY MEENAGH

PATIENT: KELLY
PROVIDER: COVENTRY PHY THER &

DATE OF SERVICE: 03-09-04

WE RECEIVED A CLAIM FOR THE ABOVE NAMED PATIENT. IF THE PATIENT HAS MEDICAL COVERAGE UNDER AUTOMOBILE INSURANCE, PLEASE SUBMIT THESE CHARGES TO THAT CARRIER FIRST FOR PRIMARY PAYMENT. THIS GROUP HEALTH PLAN IS SECONDARY TO AUTOMOBILE COVERAGE. IF THESE CHARGES ARE NOT PAID UNDER THE AUTOMOBILE COVERAGE, SEND US A COPY OF THE DENIAL NOTICE OR STATEMENT SHOWING THAT SUCH COVERAGE DOES NOT EXIST. WHEN WE RECEIVE THIS, WE WILL CONSIDER THE CLAIM PRIMARY. A COPY OF THE CURRENT DECLARATION PAGE OF YOUR AUTOMOBILE PLAN SHOULD INDICATE IF YOU CHOSE TO WAIVE MEDICAL COVERAGE.

IF YOU MEET THE PLAN LIMITS UNDER YOUR AUTOMOBILE INSURANCE, PLEASE SEND US A COPY OF THE PIP SUMMARY PAYOUT SHEET OR ANY OTHER EVIDENCE SHOWING THAT THE MAXIMUM BENEFITS HAVE BEEN PAID. ALONG WITH THIS EVIDENCE, PLEASE INCLUDE THE LAST DATE OF SERVICE COVERED BY THESE BENEFITS. WHEN WE RECEIVE THIS INFORMATION, WE WILL CONSIDER THIS CLAIM PRIMARY FOR SERVICES INCURRED AFTER THE LAST DATE OF SERVICE UNDER THE AUTOMOBILE COVERAGE.

THIS INFORMATION MUST BE PROVIDED WITHIN 45 DAYS FROM THE DATE OF THIS NOTICE. WE WILL MAKE A DETERMINATION ON THE CLAIM WITHIN 15 DAYS AFTER WE RECEIVE THE REQUESTED INFORMATION. IN THE EVENT WE DO NOT RECEIVE THE REQUESTED INFORMATION WITHIN 45 DAYS, WE WILL DENY THE CLAIM. IF YOU HAVE QUESTIONS OR CONCERNS, PLEASE CALL ONE OF OUR CUSTOMER SERVICE REPRESENTATIVES AT THE NUMBER SHOWN ABOVE. THANK YOU.