EXHIBIT "C"

WISTOW & BARYLICK
INCORPORATED
ATTORNEYS AT LAW
61 WEYBOSSET STREET
PROVIDENCE, RHODE ISLAND 02903

MAX WISTOW
JOHN P. BARYLICK
STEPHEN P. SHEEHAN
A. PETER LOVELEY
J. ROBERT WEISBERGER, JR.
JEFFREY A. MEGA

TELEPHONE
AREA CODE 401
831-2700

FAX
272-9752

E-MAIL
mail@wistbar.com

May 17, 2004

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Bank of America
Health Insurance Plan Administrator
Personnel Service Center
P.O. Box 770003
Cincinnati, Ohio 45277-0065

| | | |
|---|---|---|
| Re: | Our Client: | Kelly Meenagh |
| | I.D. No.: | A907886076 |
| | Employer: | Fleet Account MEEKE0005428 |
| | Claim I.D.: | 907886076/EE/042037 |
| | Plan No.: | GA144387/JA/044 |

Dear Sir/Madam:

Please be advised that I represent the above-referenced individual, who is an employee of FleetBoston Financial (now, Bank of America). On March 30, 2004, Ms. Meenagh received correspondence from United Healthcare Insurance Company and FleetBoston Financial which indicated that the United Healthcare benefits were secondary to other potentially available coverage and that further benefits would not be provided on behalf of Ms. Meenagh until: (1) proof that those benefits have been utilized is provided; or (2) proof is provided that no such benefits exist. I enclose a copy of the letter for your review.

I am writing in accordance with the Employee Retirement Income Security Act of 1974 (ERISA) as a result of United Healthcare Insurance Company and FleetBoston's denial to pay Ms. Meenagh's benefits. Please send me copies of all documents related to this decision.

In addition, I am writing to request the opportunity to review the "Fleet Medical Plan Documents" which governs Ms. Meenagh's health benefits. As I understand, these documents must be produced within 30 days. If I do not receive the documents within the time period set

Bank of America
Health Insurance Plan Administrator
May 17, 2004

forth in ERISA, I intend to file an action in the United States District Court for the District of Rhode Island seeking the maximum penalties available against Bank of America and/or United Healthcare Insurance Company.

Very truly yours,

Jeffrey A. Mega

JAM/dls
Enclosure

Kelly Meenagh v. Bank of America, et al.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bank of America
Health Insurance Plan Administrator
Personnel Service Center
P.O. Box 770003
Cincinnati, Ohio 45277-0065

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Terry Ion ☐ Agent ☐ Addressee

B. Received by (Printed Name) 437

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CINCINNATI, OH MAIN OFFICE
MAY 21 2004
USPS 45214

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7001 1940 0005 6257 1578

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540