EXHIBIT "B"

WISTOW & BARYLICK
INCORPORATED
ATTORNEYS AT LAW
61 WEYBOSSET STREET
PROVIDENCE, RHODE ISLAND 02903

MAX WISTOW
JOHN P. BARYLICK
STEPHEN P. SHEEHAN
A. PETER LOVELEY
JEFFREY A. MEGA

TELEPHONE
AREA CODE 401
831-2700

FAX
272-9752

E-MAIL
mail@wistbar.com

November 3, 2004

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Bank of America
Health Insurance Plan Administrator
Personnel Service Center
P.O. Box 770003
Cincinnati, Ohio 45277-0071

| | | |
|---|---|---|
| Re: | Our Client: | Kelly Meenagh |
| | I.D. No.: | A907886076 |
| | Employer: | Fleet Account MEEKE0005428 |
| | Claim I.D.: | 907886076/EE/042037 |
| | Plan No.: | GA144387/JA/044 |

Dear Sir/Madam:

Please be advised that I represent the above-referenced individual, who is an employee of FleetBoston Financial (now, Bank of America). On May 17, 2004, I sent a request to your department in accordance with the Employee Retirement Income Security Act of 1974 which sought copies of documents related to United Healthcare Insurance Company's denial to pay Ms. Meenagh's medical benefits. To date, I have received no response.

It has been more than five months since my request (well beyond the thirty-day time period to respond as set forth in ERISA). Please comply with my request. I have enclosed a copy of my May 17, 2004 correspondence to you as well as a copy of the green card which evidences the fact that you received my request on May 21, 2004.

Very truly yours,

Jeffrey A. Mega

JAM:JD
Enclosures

Kelly Meenagh v. Bank of America, et al,

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bank of America
Health Insurance Plan Administrator
Personnel Service Center
P.O. Box 770003
Cincinnati, Ohio 45277-0071

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X HARRY KNIFFIN ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CINCINNATI, OH MAIN OFFICE NOV 0 6 2004 USPS 45274

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered X☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7099 3400 0009 4529 4465

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540