# United States District Court

DISTRICT OF RHODE ISLAND

KELLY MEENAGH

V.

BANK OF AMERICA CORPORATION, BANC OF AMERICA LEASING & CAPITAL, LLC AND FLEET FINANCIAL CORPORATION

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-

[redacted] 05 266 ML

TO: (Name and address of defendant)
Fleet Financial Corporation
c/o CT Corporation System
10 Weybosset Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Jeffrey A. Mega, Esq.
Wistow & Barylick Inc.
61 Weybosset Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 6/15/05

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 6/16/05 |
|---|---|
| NAME OF SERVER *(PRINT)* Kenneth K Nordman | TITLE Federal Court Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other *(specify)*: Linda Pearson CT Corporation Agent for Fleet Financial Corporation

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45 | 45 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/16/05
*Date*

[signature]
*Signature of Server*

1845 Atwood Ave
*Address of Server*
Johnston RI 02919

FILED
2005 JUN 20 A 11:20

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.