FILED JUL 18 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| KELLY MEENAGH,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANC OF AMERICA LEASING & CAPITAL, LLC and FLEET FINANCIAL CORPORATION,<br><br>Defendants. | CIVIL ACTION NO.: 05 266 ML |

**STIPULATION EXTENDING DEFENDANT'S TIME**
**TO ANSWER, MOVE OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel that defendants, Bank of America Corporation, Banc of America Leasing & Capital, LLC and Fleet Financial Corporation, time to answer, move, or otherwise respond to the plaintiff's Complaint is extended to and including August 5, 2005.

BANK OF AMERICA CORPORATION,
BANC OF AMERICA LEASING & CAPITAL LLC,
and FLEET FINANCIAL CORPORATION
By its attorneys,

Gary W. Flanagan (#7192) for
George P. Kostakos, Esquire
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(888) 325-9573 (fax)

Dated: July 14, 2005

KELLY MEENAGH
By her attorney,

Jeffrey A. Mega
Jeffrey A. Mega, Esquire
Wistow & Barylick, Incorporated
61 Weybosset Street
Providence, RI 02903
(215) 831-2700

Dated: __________, 2005

Enter: Mary M. Lisi USDJ 7/18/05

61 Weybosset Street
Providence, RI 02903

Gary W. Flanagan

~~George E. Kostakos, Esq.~~
Gary W. Flanagan, Esq.



PRV_741433_1/GKOSTAKOS