RECEIVED
FEB 13 2006
Property of U.S. District Court
District of Rhode Island

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| KELLY MEENAGH,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANC OF AMERICA LEASING & CAPITAL, LLC and FLEET FINANCIAL CORPORATION,<br><br>Defendants. | : | CIVIL ACTION NO.: 05 266 ML |

**DISMISSAL STIPULATION**

The parties hereby stipulate and agree that this action may be dismissed with prejudice.

No costs.

2/10/06
Date

Mark A. Pogue
Mark A. Pogue, Esquire (#3441)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
Attorney for Defendants

Date

Enter: Mary M. Lisi
USDJ 2/14/06

Jeffrey A. Mega
Jeffrey A. Mega, Esquire
Wistow & Barylick, Incorporated
61 Weybosset Street
Providence, RI 02903
(401) 831-2700
Attorney for Plaintiff